.(108 So. 923)

Silas GOODE v. STATE. (8 Div. 380.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for distilling, making, or manufacturing alcoholic, spirituous, or malted liquor, and for the unlawful possession of a still, etc., this appeal was taken. Pending the trial of this case in the court below, no exception was reserved to any ruling of the court. The evidence was in conflict, and presented a jury question. The charges refused to defendant were so refused without error. The record proper is regular. Let the judgment of conviction, appealed from, stand affirmed. Affirmed.

———

(108 So. 923)

Sam GOODLOE v. STATE. (8 Div. 431). (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Madison County; J. E. Horton, Judge.

BRICKEN, P. J. From a judgment of conviction, in the circuit court, for the offense of using abusive, insulting, or obscene language defendant appealed. It appears from the record that this cause was tried and determined and judgment rendered on December 10, 1925. The court assessed a fine of $200 and also added six months' hard labor for the county. The trial judge has certified to this court that no bill of exceptions has been presented, and that the time for presenting a bill of exceptions has expired. The appeal is therefore predicated upon the record proper. The record appears to be regular in all things. No error is apparent. The judgment of conviction, from which this appeal was taken, is affirmed. Affirmed.

———

(107 So. 925)

Robert GORDON v. STATE. (7 Div. 202.) (Court of Appeals of Alabama. March 23, 1926.) Appeal from Circuit Court, Clay County; E. S. Lyman, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

———

(106 So. 917)

Josh GRANGER v. STATE. (4 Div. 133.) (Court of Appeals of Alabama. Nov. 24, 1925. Rehearing Denied Dec. 15, 1925.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Certiorari denied by Supreme Court in Granger v. State, 106 So. 911.[1] Espy & Hill and Lee & Tompkins, all of Dothan, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. No brief has been filed in behalf of appellant. This appeal is from a judgment of conviction for assault with intent to murder. The testimony adduced upon this

[1] 214 Ala. 697.

21 Ala.App.—43

trial is voluminous,, covering as it does about 40 pages of the transcript. A large number of witnesses were examined. The appeal is rested upon several exceptions reserved to the rulings of the court upon the admission of testimony. Each of these exceptions have been carefully examined, and are so clearly free from error they need not be discussed. Most of them related to matters of the res gestæ. All of the special written charges requested by defendant were given. No exception was reserved to the oral charge, nor was it subject to exception. It was able, explicit, and extremely fair. We are of the opinion that appellant was accorded a fair and impartial trial, free from error, and that the facts adduced presented a jury question, and were sufficient to sustain the verdict of the jury and to support the judgment of conviction pronounced and entered thereon. The record proper is without error; therefore the judgment of conviction appealed from is affirmed. Affirmed.

———

(106 So. 917)

Jim GREEN v. STATE. (6 Div. 905.) (Court of Appeals of Alabama. Dec. 15, 1925. Rehearing Denied Jan. 12, 1926.) Appeal from Circuit Court, Lamar County; Ernest Lacy, Judge. Distilling. R. G. Redden, of Vernon, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There are no questions of merit presented on this appeal. The defendant has had a fair trial, and, there being no error on the record, the judgment is affirmed.

———

(108 So. 923)

Joel GREEN v. STATE. (6 Div. 881.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Lamar County; R. L. Blanton, Judge. Distilling.

RICE, J. Appeal dismissed.

———

(109 So. 925)

Nina GREEN v. STATE. (7 Div. 293.) (Court of Appeals of Alabama. June 29, 1926.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

PER CURIAM. Appeal dismissed, on motion of appellant.

———

(110 So. 920)

Coy GREEN v. STATE. (4 Div. 234.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. First degree manslaughter.

RICE, J. Appeal dismissed.